UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 31, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH T. BY<br><br>　　　　Defendant. | Case No.  2:25-mj-0056 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release KENNETH T. BY Case No. 2:25-mj-0056 CKD  Charges 32 CFR §1903.9(a) from custody for the following reasons:

　　　X　　　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　_____　Appearance Bond with 10% Deposit

　　　　　_____　Appearance Bond with Surety

　　　　　_____　Corporate Surety Bail Bond

　　　　　_____　(Other): __

Issued at Sacramento, California on March 31, 2025 at 2:15 PM

　　　　　　　　　By:　/s/ Carolyn K. Delaney
　　　　　　　　　　　　Chief Magistrate Judge Carolyn K. Delaney