HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
KENNETH BY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH BY,<br><br>Defendant. | Case No. 2:25-mj-00056-CKD<br><br>**STIPULATION TO WAIVE VENUE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 58(C)**<br><br>Judge: Hon. Allison Claire |

The following is hereby stipulated and agreed to between the parties, the United States, by and through Assistant United States Attorney Nicole Vanek, and Defendant Kenneth By, by and through Assistant Federal Defender Megan T. Hopkins:

1. Kenneth By appeared pursuant to Rule 5(c)(3) on March 31, 2025 in the Eastern District of CA following his arrest on a warrant in case number 1:24-mj-250-LRV from the Eastern District of Virginia;

2. Mr. By expressed an interest in waiving venue and resolving his case in the Eastern District of California, and so the matter was set for a status conference regarding venue for April 15, 2025 at 2 p.m. before the Honorable Allison Claire;

3. Rule 58(c)(2)(A) of the Federal Rules of Criminal Procedure states that "If a defendant is arrested, held, or present in a district different from the one where the indictment, information, complaint, citation, or violation notice is pending, the

defendant may state in writing a desire to plead guilty or nolo contendere; to waive venue and trial in the district where the proceeding is pending; and to consent to the court's disposing of the case in the district where the defendant was arrested, is held, or is present."

4. Kenneth By herein states in writing his desire to waive venue, pursuant to Rule 58(c)(2)(A). Mr. By wishes to plead guilty to Count 1[1] and request immediate sentencing on April 15, 2025;

5. The parties have jointly agreed to the following terms to resolve Mr. By's case: Mr. By will plead guilty to Count 1 with the remaining counts to be dismissed. The parties will jointly recommend that the Court impose a sentence of $100 monetary penalty, inclusive of the processing fee and special assessment and a requirement that Mr. By complete 30 hours of mental health counselling and/or treatment;

6. The parties therefore request that the status conference currently scheduled for April 15, 2025 at 2:00 p.m. be converted to a change of plea and sentencing hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 10, 2025

/s/ Megan Hopkins
MEGAN HOPKINS
Assistant Federal Defender
Attorneys for Defendant
KENNETH BY


MICHELLE BECKWITH
Acting United States Attorney

Date: April 10, 2025

/s/ Nicole Vanek
NICOLE VANEK
Assistant United States Attorney
Attorneys for The United States

---

[1] The government has agreed to dismiss Counts 2 and 3.

Stipulation re R58 Waiver of Venue    -2-    U.S. v. Kenneth By

[~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that in light of the defendant's written request, venue is hereby waived in case number 1:24-mj-250-LRV, and Mr. By may proceed with a change of plea and sentencing in the Eastern District of California. The status conference scheduled for April 15, 2025 at 2:00 p.m. is hereby converted to a change of plea and sentencing hearing.

Dated:  April 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE