UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**KENNETH T. BY** | USDC Case Number: 2:25-mj-00056-CKD<br><br>**JUDGMENT IN CRIMINAL CASE**<br>**(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| | |
|---|---|
| Charge(s) Defendant Convicted of:<br>32 CFR § 1903.9(a) | Nature of Charge(s)<br>Knowingly used, possessed, stored, or transported ammunition on an Agency installation without authorization. |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**
☒ **PAY** a fine in the amount of $60.00, a special assessment of $10.00, and processing fee in the amount of $10.00.

   ☒ Total financial obligation of $100.00 due immediately or no later than April 15, 2026.
   ☐ Monthly payments of $ , per month for  months commencing on  and each month thereafter by the  of the month until paid in full.

☒ **PROBATION** for a term of 12 months. Your conditions of probation are as follows:

   1. Your probation shall be unsupervised;
   2. You shall not commit another federal, state, or local crime;
   3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

   ☒ You must complete 30 hours of mental health counseling and/or treatment.

   **While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of  beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on  by  .

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on  at  and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 4/21/2025

/s/ Allison Claire
**Allison Claire**
United States Magistrate Judge

CRD  Initials: JAA